IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00813-CMA-KMT

GUY PAQUET, and
ELIZABETH PAQUET,

    Plaintiffs,

v.

MARK SMITH,

    Defendant.

## ORDER OF RECUSAL

This matter is before me *sua sponte*. Based on my Order concerning the unprofessional conduct of Plaintiffs' counsel, James E. Preston (Doc. # 91) and my Order (Doc. # 94) in which I indicated my intention to refer the issue of Mr. Preston's unprofessional conduct to the Committee on Conduct for the District of Colorado, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: May   13  , 2011

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge